# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The cellular telephone assigned call number<br>475-321-1036 | ) ) ) ) ) | Case No.<br>3:23mj675(SDV)<br><br>AUG 2 2023 PM2:31<br>FILED - USDC - BPT - CT |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The cellular telephone assigned call number 475-321-1036 (further described in Attachment A-2)

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2, attached to this warrant, and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1959, 1962(d) | Violent crimes in aid of racketeering/RICO conspiracy |
| 21 U.S.C. § 841, 846 | PWITD narcotics, conspiracy to PWITD and to distribute narcotics |

The application is based on these facts:
See Attached Affidavit of ATF Special Agent Michael Oppenheim incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

ATF Special Agent Michael Oppenheim
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/2/2023 SDV ~~07/31/2023~~

*Judge's signature*

City and state: Bridgeport, CT

Hon. S. Dave Vatti, USMJ
*Printed name and title*

## ATTACHMENT A-2

### Property to Be Searched

The cellular telephone assigned call number 475-321-1036, with listed subscriber Roderick Hill ("**Target Telephone 2**"), believed to be used by Antwan HILL.

**ATTACHMENT B-2**

**Particular Things to be Seized**

I.      All records presently on **Target Telephone 2** (description in Attachment A-2 incorporated herein), and all deleted records which are able to be recovered from **Target Telephone 2** as they relate to violations namely, violations of Title 18, United States Code, Section 1962(d) and 1963(a) (Racketeering Conspiracy); Title 18, United States Code, Section 1959(a)(3), 1959(a)(5) and 1959(a)(6) (VCAR Assault with a Dangerous Weapon, VCAR Attempted Assault with a Dangerous Weapon, and VCAR Attempted Murder); and Title 21, United States Code, Section §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Cocaine) (hereafter referred to as the "Target Offenses") being committed by Antwan HILL, and others, **from November 18, 2022, until the date of seizure**, including:

   a.   the telephone number, ESN number, serial number, and SIM card number, or any other unique identifying numbers;

   b.   the numbers, digits, stored messages (voice and/or text), letters, symbols, data, information, and images stored in the memory;

   c.   descriptions of times, dates, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to, the above-described crimes;

   d.   all records, however created or stored, which demonstrate ownership and use of the device;

   e.   all records providing identification bearing the name or photograph of any person, telephone-books, address books, date books, calendars, personal files, notes, memos, and photographs of persons contained in the device;

   f.   any evidence showing the identity of the maker or user of the data and information contained in the device, such as passwords, sign-on codes, and program design;

   g.   GPS coordinates, waypoints, destinations, addresses, and location search parameters associated with GPS navigation software;

h. saved searches, locations, and route history in the memory of said devices;

i. internet browsing history, to include, internet searches in the memory of said device; and

j. images and videos in the memory of said device; and

k. Any conversations on applications downloaded onto the device, including social media and text message applications, including but not limited to iMessage, Facebook messenger, Snapchat, and other similar social media platforms.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

II. It is specifically authorized that stored electronic information, data, information and images seized may be reproduced by printing, converting, or copying into storage in another device, by converting said stored electronic information, or by copying said stored electronic information into storage in another device.

III. It is specifically authorized that the warrant will be deemed executed once the seized items are extracted from the phone and that further analysis of the seized items extracted from the phone is permitted at any time thereafter.